United States District Court
Southern District of Texas
**ENTERED**
January 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3:22-cr-27 |
| | § | |
| GORDON JOHNSON | § | |

## **ORDER**

The court has considered the unopposed motion for a continuance, wherein counsel for the defendant, Gordon Johnson, has represented that more time is needed to review investigate all the factual allegations, conduct legal research, prepare and file pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Dkt. 20.

Based on the representations made in the motion, the court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the defendants, to a speedy trial. The court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The motion is therefore **GRANTED**. It is hereby ordered that a period of excludable delay shall commence on January 13, 2023, pursuant to Title

18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by February 28, 2022.

Responses shall be filed by March 7, 2023.

A pretrial conference is set for Thursday, March 16, 2023, at 10:30 am.

Trial in this case is set for March 27th, 2023, at 9:00 am.

Signed on Galveston Island this 17thth day of January, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE